## **STATEMENT OF FACTS**

Leading up to Friday July 6, 2018, a detective with the Metropolitan Police Department ("UC") was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force operating out of a local office in Washington, D.C. In that capacity, the UC posted numerous online bulletin messages on a specific social media forum known to the UC as an anonymous website where users discuss and trade child pornography. This site is a free online chat website that allows users to socialize with others without the need to register on the website.

An individual on this website sent the UC a message on KIK Messenger.[1] Over KIK messenger, the individual invited the UC into a group chat on KIK messenger ("KIK group") called "PEDOS ONLY." This group consisted of at least 8 individuals, to include the UC and users with the KIK screen names, "capjack101," "hardrocker91," "jayrock985," "morellosweet," "john_el13," "aleeseH," and "dnick1982."

In "Pedos Only" KIK group, a user with the username "dnick1982," later identified as Daniel Nickelson of Sierra Vista, AZ ("Nickelson"), encouraged members to private message him on KIK so that he could determine whether they had child pornography to offer. If members who private messaged Nickelson met the criteria of having either child pornography or sexual access to a child, Nickelson would invite them to a second private group chat on KIK. For example, on or about July 18, 2018, Nickelson posted in the "Pedos Only" KIK group, "If anyone wants to be added to a private group pm me and show me what you can tribute." He also posted, "Any one wanna trade vids."

Between July 12, 2018 and July 18, 2018, Nickelson and the UC engaged in a private chat via

---

[1] KIK is a freeware instant messaging mobile application where one can transmit and receive messages, photos, videos, sketches, mobile webpages, and other content.

1

KIK. In this chat, UC represented to Nickelson that he was the father of an eight-year-old daughter with whom he has shared custody. Nickelson inquired whether the UC had "any vids" of the child.

The two continued to discuss whether the UC was sexually active with his young daughter, and Nickelson informed the UC that he had "a few" videos depicting child pornography. Nickelson then sent the UC a video depicting a female of an unknown age masturbating. Nickelson instructed the UC to "download Dropbox"[2] and save any images the UC had of his own purported child to it. Nickelson then informed the UC, "Here is something for you when you download drop box," and sent a link to a Dropbox folder. This link contained folders within which were images and videos depicting child pornography.

The UC then asked Nickelson, "You know any other good groups?" Nickelson responded, "Added you to one." On July 13, 2018, Nickelson invited the UC to a second private KIK group chat (herein "KIK Group"). This group consisted of at least 10 individuals to include Nickelson and the UC, as well as KIK users with screen names "drbob29," "lddng," "allnight224," "fire463," "RobotRon517," "Summersweet87," "xxxxXDxxxxz," "swordeater88," and "BigBossMan8383.

UC joined the KIK Group, and observed members trading images and videos of child pornography. For example, on July 16, 2018, Nickelson posted a video to the KIK Group that displayed what appears to be a prepubescent female child between the ages of 8 and 10 inserting what appears to be a yellow drinking straw into her vagina for the purpose of masturbation, then sticking the straw in her mouth and drinking the fluid. The group also discussed the members' preferences for the age of children with whom each member would like to engage in sex acts. Members expressed an

---

[2] Dropbox is a file hosting service that allows users to store files and data in the cloud. Users can then share those files via links to the content stored in the Dropbox account.

2

interest in engaging in sexual acts with children ranging from 12 to 15 years of age, and discussed the standards for admittance into the KIK Group. For example, the following posts were exchanged in the chat between all group members:

Nickelson: I wanna fuck nice 15 yr old

Lddng: Really…I love most 12

Lddng: Robot hbu

RobotRon517: 12-15 is my fav

Lddng: Wow:nice…have you any real experience

Lddng: We should find more meb here have vid…what do u think robot..

RobotRon517: Disagree

Lddng: Why…

RobotRon517: More members more risk

Lddng: That's true…but its very difficult find pedo vid..

RobotRon517: Then find another group. To get in here, they must send 3 original/quality non net-find pics for approval/admitence

RobotRon517: Not trying to be a jerk, but so far this group has been very productive and content shared well

Within the KIK Group, Nickelson used the screen name "teddybear," which is the user name displayed to other members of the KIK Group. Nickelson was promoted to an "administrator" position by RobotRon517 on July 16, 2018. Administrators have the power to invite users, delete users, screen content, etc. When Nickelson was made an administrator of the private group by "RobotRon517," "RobotRon517" instructed Nickelson that, "In order to be added to the group they must. Send a few pics/vids so we know they are legit."

3

On July 17, 2018, a message was displayed within the chat that "teddybear" (Nickelson) "was promoted to the "owner" of the chat group. As owner and administrator of the group, Nickelson continuously instructed members to post more videos and images of child pornography. On July 18, 2018, Nickelson uploaded to the group a link to the Dropbox files that he had sent to the UC. He also uploaded images and videos of child pornography directly to the group. For example, Nickelson uploaded a picture of what appears to be a prepubescent female performing oral sex on what appears to be a prepubescent male. Additionally, Nickelson uploaded a video into the group of what appears to be an adult male penetrating the vagina of a prepubescent female child with his penis.

On or about July 19, 2018, Nickelson invited the defendant, user "BigBossMan8383," later identified as JOE D. BUTTRY JR "(BUTTRY"), to the KIK Group. Within a short time period of joining the group, BUTTRY posted files depicting child pornography. For example, BUTTRY posted a video that depicted a naked prepubescent female child who appears to be between the ages of 3 and 6 sitting on a toilet masturbating the penis of an adult male, who ejaculates on the child. BUTTRY also posted an image of an adult male penis penetrating the vagina of an infant female. BUTTRY also posted a video depicting a prepubescent male sucking the penis of an older, apparently teenaged boy. The UC observed these postings in the KIK Group. The same day Nickelson promoted BUTTRY to become one of the KIK Group administrators, and Nickelson told BUTTRY to add people to the group.

After being promoted to an administrator position, BUTTRY continued to post child pornography within the KIK Group. One such image that BUTTRY posted depicts an adult male penetrating with his penis the vagina of a prepubescent female child who appears to be wearing a diaper.

On or about July 16, the UC sent BUTTRY a private message and they had the following conversation:

4

UC: Hey

UC: I'm from the group and interested in the very taboo group

UC: Dad here with daughter

UC: U

BUTTRY: Hi

BUTTRY: How old is daughter? Any young taboo u can show. I'll add you to group

UC: What group you in that's good

UC: I'm in the one your in already

BUTTRY: Ok lol I just seen ur message

BUTTRY: How old is your daughter?

BUTTRY: What do you think of the group

UC: 8

UC: It's ok

BUTTRY: Wow u active w her

UC: Yes not fully

UC: Are u a dad to

BUTTRY: Yes

BUTTRY: U have a pic of your daughter

UC: Yes hang on

UC: Is yours with u

UC: And how old ?

UC: [The UC sent BUTTRY an image of his purported child depicting her clothed

abdominal area, neck, and hair of the child][3]

BUTTRY: [BUTTRY sent the UC a picture of a prepubescent female child laying on a couch in what appears to be a pink one piece bathing suit. The child appears to be between the ages 4 and 7]

BUTTRY: 7

UC: Oh wow very cute

UC: [The UC sent another picture of his purported child depicting the child's abdominal area partially underneath a blanket with the UC grabbing a piece of the child's shirt][4]

BUTTRY: Thanx ne more of urs

BUTTRY: [BUTTRY sent the UC another picture of the same prepubescent female child laying on the couch in the same outfit but in a different position]

UC: She with u now to

BUTTRY: At the sitters she will be at noon

BUTTRY: U have ne more of yours?

BUTTRY: [BUTTRY sent the UC a third, closer up picture of the same prepubescent female child in the same bathing suit with her legs spread open, revealing the imprint of her vagina]

UC: Oh nice

UC: What all have u done

UC: [UC sent BUTTRY another picture of his purported child, depicting the underwear of the child with the UC holding two fingers by the child][5]

---

[3] The image did not depict a real child.

[4] The image did not depict a real child.

[5] The image did not depict a real child.

BUTTRY: Cute panties

UC: Thanks

BUTTRY: I've touched licked. She has sucked me. I've came on her. I've had the tip of my dick in her and came. I've fun on her pussys she has stroked me off

UC: Yes nice ! I pretty much do the same and lick her

BUTTRY: Hmmmm wish I could see face

UC: What others u have of her

BUTTRY: a few more

UC: [UC sent BUTTRY an image of the face of his purported child][6]

UC: What else u have

UC: Hey

BUTTRY: [BUTTRY sent the UC an image of a cartoon cupcake over which were written the words "TO JOIN GROUP SEND LIVE PICS OF COCK/PUSSY AND 3 PICS OF TABOO"]

On July 25, 2018, agents with the FBI subpoenaed subscriber information from KIK for the user "BigBossMan8383." KIK responded that the subscriber with the username "BigBossMan8383" had a KIK display name "Jack B Nible," and a subscription email address of ksbossman8383@gmail.com.

In addition, KIK provided information that the subscriber to KIK account "BigBossMann8383" used a Samsung android SM-J727T1 smartphone. KIK also provided the IP addresses accessed by "BigBossMan8383" using the Samsung device during the relevant time periods. The IP access logs provided by KIK spanned July 11, 2018, through July 25, 2018. The

---

[6] The image did not depict a real child.

FBI examined these logs, which revealed that the Samsung device used Cox Communications ("Cox") IP address of 174.70.181.43, which was routinely used to access the target KIK account, "BigBossMann8383."

The FBI served an Administrative Subpoena on Cox requesting subscriber identification and physical service address information associated with the IP address above provided by KIK. Cox responded that the subscriber to the account was an individual named Clay Carter with a service address of 2511 South Oak Pass Street, Wichita, Kansas 67216. The telephone number subscribed to the Cox account is 316-425-0893. The FBI confirmed that Clay Carter is married to the defendant BUTTRY's sister. FBI confirmed via county property records that BUTTRY's mother (Clay Carter's mother-in-law), who is recently deceased, remains the property owner of 2511 South Oak Pass Street, Wichita, Kansas 67216. As set forth below, the address 2511 South Oak Pass Street is immediately next door to the property at which the defendant resides, 2501 South Oak Pass Street in Wichita, Kansas.

The FBI also obtained from Google via administrative subpoena subscriber information and IP access logs associated with the email address provided by KIK, ksbossman8383@gmail.com. Google responded that the subscriber to that email account is Jay Buttry, with a phone number 316-794-0603, owned by T-Mobile.

The FBI served T-Mobile with an Administrative Subpoena requesting subscriber identification information for the telephone number 316-794-0603, provided by Google. T-Mobile responded that the subscriber to this phone number is "Jay Dean," with an address of 2501 South Oak Pass Street, Wichita, Kansas 67216. Through law enforcement sensitive and open source databases, FBI learned that a JOE D. BUTTRY is listed as a resident of the address. According

to law enforcement sensitive databases, until her death nine months ago, BUTTRY's mother lived at the 2501 address with BUTTRY. FBI could not confirm any person named "Jay Dean" living at the residence.

Upon receipt of this information, WFO used available open source and law enforcement sensitive databases to fully identify the suspected user of KIK account "BigBossMan8383" as JOE D. BUTTRY JR (aka "JD Buttry")[7], a white male with a date of birth of 07/02/1983; a social security number of 567-75-XXXX; and an address of 2501 South Oak Pass Street, Wichita, Kansas, 67216.

                                       Respectfully submitted,



                                       Christopher Ford
                                       Special Agent
                                       Federal Bureau of Investigation

Subscribed and sworn to before me this ___ day of September 2018.

The Honorable Robin M. Meriweather
United States Magistrate Judge

---

[7] BUTTRY has a criminal arrest history for driving-related, misdemeanor and failure to appear crimes, all of which appear under the alias "JD Buttry."