## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| **CHRISTOPHER MICHAEL DOWNS,** | : | |
| Defendant | : | **18 U.S.C. § 2252(a)(2)** |
| | : | **(Distribution of Child Pornography)** |
| | : | |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

Between on or about July 6 and July 20, 2018, in the District of Columbia and elsewhere, the defendant, **CHRISTOPHER MICHAEL DOWNS**, did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

JESSIE K. LIU
United States Attorney
__/s/_____
ANDREA LYNN HERTZFELD
Assistant United States Attorney, DC Bar No. 494059
U.S. Attorney's Office
555 4th Street, N.W., Room 10-112
Washington, D.C. 20530
202-252-7808
Andrea. Hertzfeld@usdoj.gov