UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIM NO: 18-CR-391 (KBJ) |
| CHRISTOPHER MICHAEL DOWNS, : | |
| Defendant. : | |

### STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Christopher Michael Downs, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty, Distribution of Child Pornography, in violation of Title 18 U.S.C. § 2252(a)(2).

### Statement of Facts

Leading up to Friday July 6, 2018, a detective with the Metropolitan Police Department ("UC") was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force operating out of a local office in Washington, D.C. In that capacity, the UC posted numerous online bulletin messages on a specific social media forum known to the UC as an anonymous website where users discuss and trade child pornography. This site is a free online chat website that allows users to socialize with others without the need to register on the website.

1

An individual on this website sent the UC a message on KIK Messenger.[1] Over KIK messenger, the individual invited the UC into a group chat on KIK messenger ("KIK group") in which individuals were trading child pornography called "Pedos Only."[2] The group consisted of at lest 8 individuals to include the UC and users with the KIK screen names, "capjack101," "hardrocker91," "jayrock985," "morellosweet," "john_ell3," "aleeseH," and "dnick1982."

In this KIK group, a user with the username "dnick1982," later identified as Daniel Nickelson of Sierra Vista, Arizona ("Nickelson"), encouraged members to private message him on KIK so that he could see whether they had child pornography to offer. If members who private messaged Nickelson met the criteria of having either child pornography or sexual access to a child, Nickelson would invite them to a private chatroom on KIK. For example, on or about July 18, 2018, Nickelson posted in the Pedos Only KIK group, "If anyone wants to be added to a private group pm me and show me what you can tribute." He also posted, "Any one wanna trade vids."

Between July 12, 2018 and July 18, 2018, Nickelson and the UC engaged in a private chat via KIK. In this chat, the UC represented to Nickelson that he was the father of a daughter with whom he has shared custody. Nickelson inquired whether the UC had "any vids" of the child. The two continued to discuss whether the UC was sexually active with his young daughter, and Nickelson informed the UC that he had "a few" videos depicting child pornography. Nickelson then sent the UC a video depicting a female of an unknown age masturbating. Nickelson instructed the

---

[1] KIK is a freeware instant messaging mobile application where one can transmit and receive messages, phots videos, sketches, mobile webpages, and other content.

[2] KIK groups permit no more than fifty members to participate at any given time.

2

UC to "download Dropbox"[3] and save any images the UC had of his own purported child to it. Nickelson then informed the UC, "Here is something for you when you download drop box," and sent a link to a Dropbox folder. This link contained folders within which were images and videos depicting child pornography.

On July 13, 2018, Nickelson invited the UC to a second private KIK group chat (herein "KIK Group"). This group consisted of at least 10 individuals to include Nickelson and the UC, as well as KIK users with screen names "drbob29," "lddng," "allnight224," "fire463," "RobotRon517," "BigBossMan8383," "Summersweet87," "xxxxXDxxxxz," and "swordeater88."

UC joined the KIK Group, and observed members trading images and videos of child pornography. For example, on July 16, 2018, Nickelson posted a video to the KIK Group that displayed a video of what appears to be a prepubescent female child between the ages of 8 and 10 inserting what appears to be a yellow drinking straw into her vagina for the purpose of masturbation, then sticking the straw in her mouth and drinking the fluid. The group also discussed the members' preferences for the age of children with whom each member would like to engage in sex acts. Members expressed an interest in engaging in sexual acts with children ranging from 12 to 15 years of age, and discussed the standards for admittance into the KIK Group. For example, the following posts were exchanged in the chat between all group members:

Nickelson: I wanna fuck nice 15 yr old

Lddng: Really…I love most 12

Lddng: Robot hbu

---

[3] Dropbox is a file hosting service that allows users to store files and data in the cloud. Users can then share those files via links to the content stored in the Dropbox account.

RobotRon517: 12-15 is my fav

Lddng: Wow.nice…have you any real experience

Lddng: We should find more meb here have vid…what do u think robot..

RobotRon517: Disagree

Lddng: Why…

RobotRon517: More members more risk

Lddng: That's true…but its very difficult find pedo vid..

RobotRon517: Then find another group. To get in here, they must send 3 original/quality non net-find pics for approval/admitence

RobotRon517: Not trying to be a jerk, but so far this group has been very productive and content shared well

Within the KIK Group, Nickelson used the screen name "teddybear," which is the user name displayed to other members of the KIK Group. Nickelson was promoted to an "administrator" position by RobotRon517 on July 16, 2018. Administrators have the power to invite users, delete users, screen content, etc. When Nickelson was made an administrator of the private group by "RobotRon517," "RobotRon517" instructed Nickelson that, "In order to be added to the group they must. Send a few pics/vids so we know they are legit."

On July 17, 2018, a message was displayed within the chat that "teddybear" (Nickelson) "was promoted to the "owner" of the chat group. As owner and administrator of the group, Nickelson continuously instructed members to post more videos and images of child pornography. On July 18, 2018, Nickelson uploaded to the group a link to the Dropbox files that he had sent to the UC. He also uploaded images and videos of child pornography directly to the group. For example, Nickelson uploaded a picture of what appears to be a prepubescent female performing oral sex on what appears

4

to be a prepubescent male. Additionally, Nickelson uploaded a video into the group of what appears to be an adult male penetrating the vagina of a prepubescent female child with his penis.

On or about July 19, 2018, Nickelson invited user "swordeater88," later identified as Christopher Michael Downs (DOWNS), to the KIK Group. The same day, soon after being invited into the KIK Group, DOWNS posted at least 3 images depicting child pornography. Depicted in one file is an adult female inserting her tongue in what appears to be a prepubescent female child's vagina. Another image posted by DOWNS depicted a screenshot of a fully naked prepubescent female child between the ages of 2 and 5 that appears to be posing for the camera. A third image sent to the group by DOWNS depicts an adult male penetrating the vagina of what appears to be prepubescent female child with his penis.

Later on the same day, July 19, 2018, Nickelson posed a question to the KIK Group:

Nickelson: Anyone have any kids?

Savannahbibitch: I have a sis

Nickelson: How old is she?

Savannahbibitch: 11

DOWNS: Awesome

Nickelson: You have fun with her

Nickelson: ?

Funtimes43219: Mmmm

Nickelson: Will do you have any more?

DOWNS: I once fooled around with my 13 year old cousin

Nickelson: .. ..are you gonna post anything

Savannahbibitch: I have gotten head from her once

5

DOWNS: Sweet

Nickelson: How old are you?

DOWNS: I'm 30

Nickelson: What about you Austin?

Nickelson: IF I ADDED YOU AND YOU DON'T START POSTING PICS-----I AM GOING TO KICK YOU OUT

Willnell88: Iv posted 2 already

DOWNS: [DOWNS posted two images to the group, one of which appears to be an adult hand manipulating the vagina of what appears to be an infant prepubescent female child; the second image depicted an apparently prepubescent female child lying on a bed with her legs spread, displaying her vagina, with an adult male hand holding her leg]

On July 19, 2018 DOWNS posted to the KIK Group an image depicting a naked prepubescent female child laying on her back with her legs spread with what appears to be an adult's bare foot lying beside her. Nickelson then asked the group, "Any one have vids of young fucking young?" In response, DOWNS posted an image depicting a prepubescent female child lying on her back with her legs spread exposing her vagina, with two hands grabbing her right leg positioned to pull her towards the person positioned off of the screen. The following exchange ensued:

Nickelson: GottA go to work now

Funtimes43219: [Posted a file depicting a teenage aged female]

Nickelson: Be back tonight

Willnell88: [Posted a file of what appears to be a female forcing a prepubescent male child to insert his penis in her vagina by grabbing the buttocks of the male child to push the child towards the female]

Nickelson: Nice

DOWNS: So hot

Savannahbibitch: I'm 23

Savannahbibitch: I'm so horny

DOWNS: Join the club

Funtimes43219: Me too

DOWNS later posted two more files of naked minors posing for the camera. On or about July 20, 2018, Nickelson asked DOWNS to post additional child pornography.

Nickelson: Asuna[4] you still here?

DOWNS: Yea just getting ready for bed

Nickelson: [Posted a file of a naked prepubescent female child who appears to be between the ages of 3 and 5.]

Nickelson: Can you show these people some of your good stuff real quick?

Katecouple2018: I hope it's good

[Nickelson then promoted katecouple2018 to admin]

DOWNS: [Posted a 10-second video of a prepubescent female lying in a bathtub and with an adult male inserting his penis into her mouth.]

DOWNS: [Posted 3 more images depicting child pornography to the KIK Group, one of which depicted two naked prepubescent female children under the age of 10 laying on the

---

[4] DOWNS used the screen name "Asuna" on his swordeater88 profile.

bed with a naked adult male. The adult male is inserting his penis into one child's mouth while the other female child is kissing the adult male on his lips.]

Katecouple2018: I love going down on my daughter I wish I could have her suck on a few

cocks

DOWNS: [Posted 22 more images depicting child pornography. Some of the images were previously posted by DOWNS and described earlier. The new images posted included, for example, an image depicting a prepubescent male performing oral sex on an adult male's penis; an image depicting an adult female performing oral sex on a prepubescent female vagina's while she was lying on a couch; and an image of a prepubescent female performing oral sex on an adult male's penis.]

In order to confirm DOWNS's identity FBI agents, initiated investigation into information gathered about DOWNS during the chats with the UC and from his usage of KIK messenger and utilized a series of administrative subpoenas.

Ultimately, the FBI was available open source and law enforcement sensitive databases were used to fully identify the suspected user of KIK user "swordeater88" as Christopher Michael Downs, with a date of birth of 3/31/1988; a social security number of 592-68-XXXX; and FBI number of 87366HF5; a Florida driver's license number of D520113881110, and an address of 8414 E Bonita Drive, Scottsdale AZ 85250.

After arrest, DOWNS confirmed his identity, and during a custodial interview, he confirmed his use of the KIK under the name "swordeater88" and his distribution of child pornography to private groups through the KIK application.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY

_____
Andrea Hertzfeld
Nicholas Miranda
Jodi Lazarus
Assistant United States Attorneys

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 1/31/19

*Christopher Downs*
Christopher Michael Downs
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 1/31/19

Kira West
Attorney for Defendant